Entered: March 16th, 2023
Signed: March 15th, 2023

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### *Baltimore Division*

| | |
|---|---|
| IN RE:<br>Chester S. Pirzchalski<br><br>           DEBTOR(S) | CHAPTER       13<br><br>CASE NO.       22-16993-DER |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST<br>           MOVANT,<br>Vs..<br><br>Chester S. Pirzchalski<br><br>           DEBTOR(S),<br><br>Elizabeth M Pirzchalski<br><br>           CO-DEBTOR(S), | |

**<u>ORDDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY ON REAL PROPERTY LOCATED AT 6130 ELSTON SHORE ROAD, NEAVITT, MD 21652 AND REQUEST FOR IMPOSITION OF AN EQUITABLE SERVITUDE FOR SIX MONTHS PURSUANT TO 11 U.S.C. § 362(D)(4)</u>**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay of 11 U.S.C. §§ 362(a) and Co-Debtor Stay of §1301 and for the imposition of an equitable servitude pursuant to 11 U.S.C. §§ 362(d)(4), and after a hearing thereon, it is hereby

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 (a) and § 1301(a) are TERMINATED to enable Movant and/or its successors and assigns to avail itself of its rights under the Deed of Trust, Promissory Note, and state law, including but not limited to the initiation or continuation of foreclosure proceedings in against the property known as 6130 Elston Shore Road, Neavitt, MD 21652, to obtain or transfer title to the Property, and to allow the successful purchaser to obtain possession of same; and it is further,

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) and § 1301(a) shall not be reimposed as to Debtor's interest and the bankruptcy estate's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code; and it further

ORDERED, that no new bankruptcy filing shall invoke the automatic stay as to the above referenced property for a period of six (6) months from the hearing held on February 27, 2023, the Court hereby imposing an equitable servitude for six (2) months pursuant to 11 U.S.C. § 362(d)(4).

Cc:
Chester S. Pirzchalski
237 Grindall St.
Baltimore, MD 21230
*Debtor*

Chester S. Pirzchalski
6130 Elston Shore Road
Neavitt, MD 21652
*Debtor*

Elizabeth M. Pirzchalski
237 Grindall St.
Baltimore, MD 21230
*Co-Debtor*

Elizabeth M. Pirzchalski
6130 Elston Shore Road
Neavitt, MD 21652
*Co-Debtor*

Jeffrey M. Sirody
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
*Debtor Attorney*

Brian A. Tucci
Brian A. Tucci, Chapter 13 Trustee
300 E. Joppa Road
Suite 409
Towson, MD 21286
*Trustee*

Diana C. Theologou
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
*Counsel for Movant*

**END OF ORDER**

3